UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,      Misc. No. **16-30039**

                Judge: Unassigned

v.

KHALIL ABU RAYYAN**,**

    Defendant.

_____/

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

  Enter my appearance as Counsel in the case for Defendant EBRIAN CURTIS.

  I certify that I am admitted to practice in the Court.

            Respectfully Submitted,
            LEGAL AID & DEFENDER ASSN., INC.
            FEDERAL DEFENDER OFFICE

            s/TODD A. SHANKER
            Attorney for Defendant
            613 Abbott Street, 5th Floor
            Detroit, Michigan  48226
            Todd_Shanker@fd.org
Date: February 9, 2016      (313) 967-5879