UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 16-mj-30039

v.                                                Unassigned

KHALIL ABU-RAYYAN,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

       I hereby certify that on February 15, 2016, I electronically filed the foregoing Affidavit of Rayyan Abo-Rayyan and Proposed Agreement to Assume Custody of the Defendant with the Clerk of the Court using the ECF system, which will send notification of the filing to the following:

                                Ronald W. Waterstreet
                                Assistant U.S. Attorney
                                211 W. Fort Street, Suite 2001
                                Detroit, Michigan  48226
                                Ronald.Waterstreet@usdoj.gov


                                /s Todd A. Shanker
                                Todd_Shanker@fd.org
                                Deputy Federal Defender
                                Federal Defender Office