AUSA Ronald Waterstreet  Telephone: (313) 226-9100
Special Agent Alan Southard  Telephone: (313) 965-2323

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

16-20098

United States of America
v.
KHALIL ABU RAYYAN

Case: 2:16-mj-30039
Assigned To : Unassigned
Assign. Date : 2/4/2016
Description: CMP USA v. SEALED MATTER (SO)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KHALIL ABU RAYYAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 USC Section 922(g)(3) - Possession of a Firearm by an unlawful user of a controlled substance.

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
        Deputy

FILED MAR 24 2016
CLERK'S OFFICE DETROIT

Date: FEB 0 4 2016

ELIZABETH A. STAFFORD
*Issuing officer's signature*

City and state: Detroit, MI

ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/4/16, and the person was arrested on *(date)* 2/4/16
at *(city and state)* DETROIT, MI.

Date: 2/4/16

_____
*Arresting officer's signature*
ALAN SOUTHARD, SPECIAL AGENT
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*