UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 16-20098

v.

                              Hon. George Caram Steeh

KHALIL ABU RAYYAN,

        Defendant.
_____/

**Index of Exhibits**
(for Motion for Discovery)

Exhibit A:   Surespot Conversation, 12/23/15, Bates Stamp 3150–55

Exhibit B:   Surespot Conversation, 12/26/15, Bates Stamp 3203–22

Exhibit C:   Surespot Conversation, 1/25/16, Bates Stamp 3029–34, 3061–70

Exhibit D:   Surespot Conversation, 12/27/15, Bates Stamp 3272–79

Exhibit E:   Surespot Conversation, 12/26/15, Bates Stamp 3253, 3237–39