# EXHIBIT A

AT&T  LTE          9:39 AM

Khalil.AlFalastini

This is crazy

> 12/23/15 11:13 PM
>
> Who knows maybe you could be my wife and we could try again 😏 just kidding about the wife thing dont get mad

12/23/15 11:14 PM

I'm still hurting from losing Ahmad

> 12/23/15 11:14 PM
>
> Im sorry i was just relaxing the situation

12/23/15 11:14 PM

I can't see myself with someone yet bad inshallah when my heart is healed maybe Allah has a plan for me

12/23/15 11:14 PM



03150



AT&T LTE    9:39 AM

menu

KhalilAlFalasuini

12/23/15 11:14 PM

I can't see myself with someone yet bad inshallah when my heart is healed maybe Allah has a plan for me

12/23/15 11:14 PM

I know

12/23/15 11:14 PM

Jazaka khayran

12/23/15 11:14 PM

Its serouis stuff sis

12/23/15 11:14 PM

Please please don't say anything about me

12/23/15 11:14 PM

I will never

12/23/15 11:14 PM



03151



**KhalilAlFalastini**

12/23/15 11:14 PM

I will never

12/23/15 11:14 PM

Please now I feel scared that I said this

12/23/15 11:15 PM

Dont worry

12/23/15 11:15 PM

I am by your side

12/23/15 11:15 PM

Put your hand on the qur'an and iqsim

12/23/15 11:15 PM

Billah that you will never say a word

12/23/15 11:15 PM

Ok one sec

AT&T LTE    9:39 AM

menu

KhalilAlFalastini

12/23/15 11:15 PM

Ok one sec

12/23/15 11:15 PM

I got one now

12/23/15 11:16 PM

I swear to Allah i will never say
a word

12/23/15 11:16 PM

Alhamdulelah

12/23/15 11:16 PM

Your secret is safe

12/23/15 11:16 PM

You will burn in hell if you do

12/23/15 11:16 PM

Because you made qasam

12/23/15 11:16 PM



menu

KhalilAlFalastini

12/23/15 11:16 PM

Because you made qasam

> 12/23/15 11:16 PM
>
> Lol i know
>
> 12/23/15 11:17 PM
>
> Just breath i can tell you are nervous

12/23/15 11:17 PM

Uqsim billah that I too will not say a word about what you told me

> 12/23/15 11:17 PM
>
> I took a deep breathe now you take a deep breathe

12/23/15 11:17 PM

After all maybe Allah swt heart my du'a and bright someone to protect me



menu

KhalilAlFalastini

12/23/15 11:17 PM

After all maybe Allah swt heart my du'a and bright someone to protect me

12/23/15 11:18 PM

I will always protect you

12/23/15 11:18 PM

Did you take a breath

12/23/15 11:18 PM

Jazaka khayran

12/23/15 11:18 PM

Got to go this shay6ana keeps asking me who I'm talking to

12/23/15 11:18 PM

Just calm down...i am still the same Khalil

12/23/15 11:19 PM

