# EXHIBIT B

●●●●○ AT&T LTE    1:14 PM

KhalilAlFalastini

12/26/15 12:20 PM

You make me happy..i have hope when i talk to you

12/26/15 12:20 PM

How are you feeling

12/26/15 12:20 PM

That's good I'm happy to hear that

12/26/15 12:20 PM

Inshallah you are happy

12/26/15 12:21 PM

Are you still depressed

12/26/15 12:21 PM

If your happy i am happy..if you are sad i am sad

12/26/15 12:22 PM

Have sabr...good things are coming to you Inshallah



●●●○○ AT&T  LTE  1:14 PM

menu

KhalilAlFalastini

If your happy i am happy..if you are sad i am sad

12/26/15 12:22 PM

Have sabr...good things are coming to you Inshallah

12/26/15 12:23 PM

It comes an goes

12/26/15 12:23 PM

But mostly I'm sad

12/26/15 12:23 PM

☹ it will be ok..i wish i could take you away from this sadness

12/26/15 12:23 PM

I think about you alot wallah

12/26/15 12:24 PM



KhalilAlFalastini

sadness

12/26/15 12:23 PM

I think about you alot wallah

12/26/15 12:24 PM

I make dua for you..i pray alot for your happiness

12/26/15 12:24 PM

Sometimes i think i see you in my dreams

12/26/15 12:25 PM

Everything needs sabr

12/26/15 12:25 PM

Its a test for you.

12/26/15 12:25 PM

I have sabr inshallah

12/26/15 12:26 PM



KhalilAlFalastini

12/26/15 12:25 PM

Its a test for you.

12/26/15 12:25 PM

I have sabr inshallah

12/26/15 12:26 PM

How about you what do you want from this Dunya ?

12/26/15 12:26 PM

Honesty to get married i think if i get married i will be happy

12/26/15 12:26 PM

Im just lonely sometimes

12/26/15 12:26 PM

I want to start a family

12/26/15 12:27 PM

What about the akhera



●●●●○ AT&T LTE    1:14 PM

menu

KhalilAlFalastini

12/26/15 12:26 PM

I want to start a family

12/26/15 12:27 PM

What about the akhera

12/26/15 12:27 PM

What about you?

12/26/15 12:27 PM

?

12/26/15 12:27 PM

I want to leave this Dunya I don't want to get married

12/26/15 12:27 PM

Inshallah i want to be in

12/26/15 12:27 PM

its going to be
fine, you cant just give up



03207



●●●○○ AT&T LTE          1:14 PM

KhalilAlFalastini

I want to leave this Dunya I don't want to get married

12/26/15 12:27 PM

Inshallah i want to be in

12/26/15 12:27 PM

its going to be fine..you cant just give up

12/26/15 12:28 PM

Shaytan wants us to be depressed

12/26/15 12:28 PM

I know your life must be hard

12/26/15 12:29 PM

But i think if you found someone who will make you happy your life will change



•••○○ AT&T  LTE         1:14 PM

KhalilAlFalastini

I know your life must be hard

12/26/15 12:29 PM

But i think if you found someone who will make you happy your life will change

12/26/15 12:29 PM

Its sounds to me your lonley

12/26/15 12:29 PM

Yea and I have no desire for life

12/26/15 12:30 PM

I think about giving up too. But thats too easy

12/26/15 12:30 PM

Or getting married or anything like that

12/26/15 12:30 PM



●●●●○ AT&T LTE          1:14 PM

KhalilAlFalastini

12/26/15 12:30 PM

Or getting married or anything like that

12/26/15 12:30 PM

You have your whole life ahead of you

12/26/15 12:31 PM

I saw Hamzah get buried..it hurt me to see him die..

12/26/15 12:31 PM

But i cant just give up

12/26/15 12:31 PM

You are dealing with sadness and i know how you feel

12/26/15 12:32 PM

This dunya is a prison for





●●●●○ AT&T LTE 1:14 PM

menu

KhalilAlFalastini

12/26/15 12:31 PM

You are dealing with sadness and i know how you feel

12/26/15 12:32 PM

This dunya is a prison for us...but we have to live as a stranger

12/26/15 12:32 PM

Yes I feel very sad

12/26/15 12:33 PM

Imagine what Ahmad would tell you..do you think he would want you to live in sadness

12/26/15 12:33 PM

You are very strong..and i know it



**•••○○ AT&T LTE                1:14 PM**

menu

KhalilAlFalactini

Imagine what Ahmad would tell
you..do you think he would
want you to live in sadness

12/26/15 12:33 PM

You are very strong..and i know
it

12/26/15 12:35 PM

Allah is going to bless you with
the biggest reward Inshallah

12/26/15 12:35 PM

He is looking at you at all
times

12/26/15 12:36 PM

Allah loves you thats why he
tests you with all this

12/26/15 12:37 PM





●●●●○ AT&T LTE 1:14 PM

KhalilAlFalastini

menu

times

12/26/15 12:36 PM

Allah loves you thats why he tests you with all this

12/26/15 12:37 PM

Imagine what our brothers and sisters go through in shaam...they are jealous of us

12/26/15 12:38 PM

They wish they had a life like us

12/26/15 12:39 PM

We live with kuffar that is not a life

12/26/15 12:40 PM

Ya true..but we dont have to worry about airstrikes and bullets flying over us

03213



•••○○ AT&T LTE 1:14 PM

menu

KhalilAlFalastin'

12/26/15 12:39 PM

We live with kuffar that is not a life

12/26/15 12:40 PM

Ya true..but we dont have to worry about airstrikes and bullets flying over us

12/26/15 12:40 PM

Yes

12/26/15 12:40 PM

That's trie

12/26/15 12:40 PM

True

12/26/15 12:41 PM

This country is not for us i know..but we have a chance to be successful

12/26/15 12:41 PM





KhalilAlFalastini

12/26/15 12:40 PM

True

12/26/15 12:41 PM

This country is not for us i know..but we have a chance to be successful

12/26/15 12:41 PM

I feel like leaving everyday...

12/26/15 12:42 PM

But i have to much people to prove wrong

12/26/15 12:42 PM

Whats better than srarting a family and getting married...it the sunnah of the prophet

12/26/15 12:46 PM

I mean if that is what you want I will be happy for you Akhi may Allah





●●●●○ AT&T LTE    1:14 PM

menu

KhalilAlFalastini

But i have to much people to prove wrong

12/26/15 12:42 PM

Whats better than srarting a family and getting married...it the sunnah of the prophet

12/26/15 12:46 PM

I mean if that is what you want I will be happy for you Akhi may Allah grant you a good wife and children

12/26/15 12:46 PM

Each have their own desires in life

12/26/15 12:46 PM

And I respect your desire to start a family

12/26/15 12:47 PM

Or do anything that is best for you





KhalilAlFalastini

Each have their own desires in life

12/26/15 12:46 PM

And I respect your desire to start a family

12/26/15 12:47 PM

Or do anything that is best for you Akhi

12/26/15 12:48 PM

But i want to meet someone that i can trust and be happy with

12/26/15 12:49 PM

My goal is to cheer you up

12/26/15 12:49 PM

You cant keep living like this

12/26/15 12:49 PM

Inshallah you will meet someone and

●●●●○ AT&T LTE     1:15 PM

KhaliAlFalastini

12/26/15 12:49 PM

My goal is to cheer you up

12/26/15 12:49 PM

You cant keep living like this

12/26/15 12:49 PM

Inshallah you will meet someone and be happy

12/26/15 12:49 PM

Dont you want to have children and watch them grow up

12/26/15 12:49 PM

Thats probably the best feeling

12/26/15 12:50 PM

Honestly no

12/26/15 12:50 PM





**KhalilAlFalostini**

menu

1:15 PM

AT&T LTE

12/26/15 12:49 PM

Thats probably the best feeling

12/26/15 12:50 PM

Honestly no

12/26/15 12:50 PM

I want to ask you
something...but its too early

12/26/15 12:50 PM

You are too sad right now

12/26/15 12:50 PM

When feel better i will ask you

12/26/15 12:51 PM

When you call me i will ask
you..

03219



**●●●●●○ AT&T   LTE          1:15 PM**

menu

Kha'ilAlFalastini

12/26/15 12:50 PM

When feel better i will ask you

12/26/15 12:51 PM

When you call me i will ask you..

12/26/15 12:51 PM

Inshallah

12/26/15 12:51 PM

I want to make you feel better

12/26/15 12:52 PM

I want to show you what you are missing

12/26/15 12:52 PM

Akhi I have to go bad I will text you as soon as I get a chance to be alone

•••• AT&T LTE 1:15 PM

KhalilAlFalastini

12/26/15 12:51 PM

When you call me i will ask you..

12/26/15 12:51 PM

Inshallah

12/26/15 12:51 PM

I want to make you feel better

12/26/15 12:52 PM

I want to show you what you are missing

12/26/15 12:52 PM

Akhi I have to go bad I will text you as soon as I get a chance to be alone

12/26/15 12:52 PM

Inshallah





●●○○○ AT&T LTE          10:44 PM

KhalilAlFalastini

menu

I want to make you feel better

12/26/15 12:52 PM

I want to show you what you
are missing

12/26/15 12:52 PM

Akhi I have to go bad I will text you as
soon as I get a chance to be alone

12/26/15 12:52 PM

Inshallah

12/26/15 7:38 PM

Ben cleaning all day I'm still not done

12/26/15 7:40 PM

 mah Allah bless your hands

