# EXHIBIT C

1/25/16 10:45 PM

There is still alot of things i want to do before i do a istishadi operation

1/25/16 10:46 PM

I didn't love Ahmad like that Khalil I loved what he did and how brave he was I loved the daily life and I wanted to be the woman sharia police it was my dream

1/25/16 10:47 PM

And now uqsem Be Allah if dawlah asks for my life I would give it up in a heart beat.

1/25/16 10:48 PM

Your young and confused

1/25/16 10:48 PM

03029

to be the woman sharia police it was my dream

1/25/16 10:47 PM

And now uqsem Be Allah if dawlah asks for my life I would give it up in a heart beat.

> 1/25/16 10:48 PM
>
> Your young and confused

1/25/16 10:48 PM

This is truly how I feel and I never told anyone but Ahmad and sister um Maria and now you

> 1/25/16 10:48 PM
>
> I dont think you know what you want

1/25/16 10:48 PM

I want to die for the sake of Allah I

1/25/16 10:48 PM

> Your young and confused

1/25/16 10:48 PM

This is truly how I feel and I never told anyone but Ahmad and sister um Maria and now you

1/25/16 10:48 PM

> I dont think you know what you want

1/25/16 10:48 PM

I want to die for the sake of Allah I don't want this dunya

1/25/16 10:49 PM

I don't want to be a munafiq

1/25/16 10:49 PM

Seeing my sisters and brothers and young women die in Syria and Iraq

03031

> I dont think you know what you want

1/25/16 10:48 PM

I want to die for the sake of Allah I don't want this dunya

1/25/16 10:49 PM

I don't want to be a munafiq

1/25/16 10:49 PM

Seeing my sisters and brothers and young women die in Syria and Iraq like that

> 1/25/16 10:49 PM
>
> You want these things..but how are you going to do it is the question
>
> 1/25/16 10:50 PM

03032

1/25/16 10:49 PM

I don't want to be a munafiq

1/25/16 10:49 PM

Seeing my sisters and brothers and young women die in Syria and Iraq like that

> 1/25/16 10:49 PM
>
> You want these things..but how are you going to do it is the question
>
> 1/25/16 10:50 PM
>
> One person cant change the Ummah

1/25/16 10:50 PM

I don't know yet

1/25/16 10:50 PM

03033

> You want these things..but how are you going to do it is the question
>
> 1/25/16 10:50 PM
>
> One person cant change the Ummah

1/25/16 10:50 PM

I don't know yet

1/25/16 10:50 PM

But I want to do it with you

> 1/25/16 10:50 PM
>
> You probably will never do these things    im being honest

1/25/16 10:51 PM

Look I wanted to tell you something in

03034

> Answer the question please
>
> 1/25/16 11:04 PM
>
> If we cant go will you leave me

1/25/16 11:04 PM

No

> 1/25/16 11:04 PM
>
> Easier said than done i guess

1/25/16 11:06 PM

May Allah help us both to do what's right and what he asks of us inshallah

1/25/16 11:06 PM



> 1/25/16 11:08 PM

03061

1/25/16 11:04 PM

Easier said than done i guess

1/25/16 11:06 PM

May Allah help us both to do what's right and what he asks of us inshallah

1/25/16 11:06 PM



1/25/16 11:08 PM

I think you need someone in your life..you are alone and sad...you sit at the house all day and your mind goes crazy...

1/25/16 11:10 PM

I'm not crazy Khalil it's my iman

03062

May Allah help us both to do what's right and what he asks of us inshallah

1/25/16 11:06 PM



1/25/16 11:08 PM

I think you need someone in your life..you are alone and sad...you sit at the house all day and your mind goes crazy...

1/25/16 11:10 PM

I'm not crazy Khalil it's my iman

1/25/16 11:10 PM

It's what I believe in

1/25/16 11:10 PM

1/25/16 11:06 PM



> 1/25/16 11:08 PM
>
> I think you need someone in your life..you are alone and sad...you sit at the house all day and your mind goes crazy...

1/25/16 11:10 PM

I'm not crazy Khalil it's my iman

1/25/16 11:10 PM

It's what I believe in

1/25/16 11:10 PM

Jihad is my dream

1/25/16 11:18 PM

03064

**KhalilAlFalastini**

1/25/16 11:10 PM

I'm not crazy Khalil it's my iman

1/25/16 11:10 PM

It's what I believe in

1/25/16 11:10 PM

Jihad is my dream

1/25/16 11:18 PM

Are feeling okay?

1/25/16 11:19 PM

I will go to sleep and wake up at fajr to make salat and du'a for us

1/25/16 11:19 PM



1/25/16 11:19 PM

03065

**KhalilAlFalastini**

1/25/16 11:18 PM

Are feeling okay?

1/25/16 11:19 PM

I will go to sleep and wake up at fajr to make salat and du'a for us

1/25/16 11:19 PM



1/25/16 11:19 PM

Go to sleep

1/25/16 11:19 PM

But I want to first make sure it's okay with you and you don't need me to stay

1/25/16 11:19 PM

With you here

KhalilAlFalastini



1/25/16 11:19 PM

Go to sleep

1/25/16 11:19 PM

But I want to first make sure it's okay with you and you don't need me to stay

1/25/16 11:19 PM

With you here

1/25/16 11:20 PM

Its fine..but honestly you need to think about what you want

1/25/16 11:20 PM

I cant be in this game

03067

**KhalilAlFalastini**

1/25/16 11:19 PM

With you here

> 1/25/16 11:20 PM
>
> Its fine..but honestly you need to think about what you want
>
> 1/25/16 11:20 PM
>
> I cant be in this game

1/25/16 11:20 PM

What game I want what you want

1/25/16 11:21 PM

You said wanted dawla and to be shahid and I'm with you and following your path with you side by side

03068

**KhalilAlFalastini**

> I cant be in this game

1/25/16 11:20 PM

What game I want what you want

1/25/16 11:21 PM

You said wanted dawla and to be shahid and I'm with you and following your path with you side by side

> 1/25/16 11:21 PM
>
> I dont think you do

1/25/16 11:22 PM

Why are you saying that?

1/25/16 11:22 PM

I feel very safe with you

1/25/16 11:22 PM

**KhalilAlFalastini**

your path with you side by side

1/25/16 11:21 PM

I dont think you do

1/25/16 11:22 PM

Why are you saying that?

1/25/16 11:22 PM

I feel very safe with you

1/25/16 11:22 PM

It's like I know your heart

1/25/16 11:22 PM

Just go to sleep Habbiti..we will talk about it

1/25/16 11:23 PM

Okay inshallah

0307(