# EXHIBIT D



KhalilAlFalastini

First time I talk to a guy after ahmad

> 12/27/15 9:11 PM
>
> Its like i knew you all my life
>
> 12/27/15 9:12 PM
>
> I will ask you but not now

12/27/15 9:12 PM

Please don't rush me

12/27/15 9:12 PM

I'm depressed and very scared

> 12/27/15 9:13 PM
>
> Im not thats why i will wait..

12/27/15 9:13 PM

Of this dunya

> 12/27/15 9:13 PM
>
> Dont be scared its fine to fe

KhalilAlFalastini

> Im not thats why i will wait..

12/27/15 9:13 PM

Of this dunya

12/27/15 9:13 PM

> Dont be scared its fine to feel like that

12/27/15 9:14 PM

> But i can promise you that i would make you happy in this dunya

12/27/15 9:14 PM

> And the akhira

12/27/15 9:14 PM

> Depression is real..but dont let it run your life

12/27/15 9:21 PM

> Imagine sitting in jail for 3



> Depression is real..but dont let it run your life

12/27/15 9:21 PM

> Imagine sitting in jail for 3 months for something you didn't do.that is what happened to me

12/27/15 9:21 PM

Wow

12/27/15 9:21 PM

That's very hard

12/27/15 9:22 PM

> And nobody is taking you against your will

12/27/15 9:23 PM

> I look at people's problems and i tell them they have if it eas



KhalilAlFalastini

> That's very hard

12/27/15 9:22 PM

And nobody is taking you against your will

12/27/15 9:23 PM

I look at people's problems and i tell them they have if it easy

12/27/15 9:23 PM

I didn't do it Jannah..

12/27/15 9:24 PM

They thought i killed someone they just put me in jail with no court or anything..then they let me go

12/27/15 9:24 PM

> Subhanallah alhamdulelah they let you out



KhalilAlFalastini

they just put me in jail with no court or anything..then they let me go

12/27/15 9:24 PM

Subhanallah alhamdulelah they let you out

12/27/15 9:29 PM

That ruined my life..the things i seen no eyes should see it

12/27/15 9:29 PM

Thats why your problem is not that big of a deal. i was all alone in there

12/27/15 9:29 PM

I am here for you

12/27/15 9:29 PM

Thats why you will be ok



KhalilAlFalastini

12/27/15 9:29 PM

Thats why your problem is not that big of a deal     i was all alone in there

12/27/15 9:29 PM

I am here for you

12/27/15 9:29 PM

Thats why you will be ok

12/27/15 9:49 PM

You are very tough

12/27/15 9:49 PM

Mashallah

12/27/15 9:56 PM

Dont be sad..its not like you are in jail for something you didn't do 😏

12/27/15 9:56 PM



Thats why you will be ok

12/27/15 9:49 PM

You are very tough

12/27/15 9:49 PM

Mashallah

12/27/15 9:56 PM

Dont be sad..its not like you are in jail for something you didn't do 😏

12/27/15 9:56 PM

Everything will work out..watch in a few weeks or months you will be the happiest person in the world

12/27/15 10:05 PM

Lol

12/27/15 10:05 PM

You're right



03278

 Khalil AlFalastini

in a few weeks or months you will be the happiest person in the world

12/27/15 10:05 PM

Lol

12/27/15 10:05 PM

You're right

12/27/15 10:08 PM

Just stay positive...Everything will work out

12/27/15 11:03 PM

If you went to sleep goodnight .rember what i told you



12/27/15 11:23 PM

Good night yes I'm going to bed I

