# EXHIBIT E

**INCOMPLETE COPY**



**KhalilAlFalastini**

give up

12/26/15 10:13 PM

So you don't want to do anything of what we talked about together ?

12/26/15 10:14 PM

No          i cant

12/26/15 10:14 PM

Inshallah may Allah help me

12/26/15 10:14 PM

Like what

12/26/15 10:15 PM

When the time is right inshallah

12/26/15 10:15 PM

Dont do anything

12/26/15 10:15 PM

Inshallah will talk another time

03253

**COPY WITH ADDITIONAL INFORMATION**

12/26/15 10:13 PM

Sometimes

12/26/15 10:13 PM

I want you to be happy and not give up

12/26/15 10:13 PM

So you don't want to do anything of what we talked about together ?

12/26/15 10:14 PM

No        i cant

12/26/15 10:14 PM

I want us to be together

12/26/15 10:14 PM

I have other plans

12/26/15 10:14 PM

Inshallah may Allah help me

KhalilAlFalastini

I want us to be together

12/26/15 10:14 PM

I have other plans

12/26/15 10:14 PM

Inshallah may Allah help me

12/26/15 10:14 PM

Like what

12/26/15 10:15 PM

When the time is right inshallah

12/26/15 10:15 PM

Dont do anything

12/26/15 10:15 PM

That will hurt u
Yourself or other people

12/26/15 10:15 PM

I want to go right now please



Khalil!AlFalastini!

**12/26/15 10:15 PM**

When the time is right inshallah

**12/26/15 10:15 PM**

Dont do anything

**12/26/15 10:15 PM**

That will hurt u
Yourself or other people

**12/26/15 10:15 PM**

I want to go right now please

**12/26/15 10:15 PM**

Inshallah will talk another time

**12/26/15 10:15 PM**

Ok        i pray for you

**12/26/15 10:15 PM**

Get some rest I'm going to sleep

**12/26/15 10:16 PM**

