UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            CASE NO. 16-CR-20098
v.                                        HONORABLE GEORGE CARAM STEEH

KHALIL ABU RAYYAN,

        Defendant.
_____/

**ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR STAY (Doc. 78)**

On April 18, 2016, this court ordered a competency examination of defendant Khalil Abu Rayyan. Defendant filed a motion for reconsideration which this court denied on May 3, 2016. That same day, this court entered a commitment order requiring that defendant be transported to the Devens Federal Medical Center in Ayer, Massachusetts. On May 4, 2016, defendant was transported there. Also on May 4, 2016, defendant filed a notice of interlocutory appeal with the Sixth Circuit. On May 5, 2016, defendant filed an emergency motion to stay the commitment order pending appeal. Because defendant has already been transported, defendant's motion is moot. It would be impractical to return defendant to Michigan now that the competency examination is already underway, on the chance that this court's order would be reversed, especially given that there is little merit to the appeal. Accordingly, defendant's motion (Doc. 78) is DENIED as moot.

        IT IS SO ORDERED.

Dated:  May 9, 2016

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 9, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk