UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                  CASE NO. 16-CR-20098
v.                             HONORABLE GEORGE CARAM STEEH

KHALIL ABU-RAYYAN,

        Defendant.
_____/

## ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL

Defendant Khalil Abu-Rayyan is charged in a two-count indictment with making a false statement to acquire a firearm, and possession of a firearm by a prohibited person. By prior order of the court, defendant was committed to the custody of the Attorney General at the Federal Medical Center ("FMC"), Devens, Massachusetts, for the purpose of undergoing a psychological examination to determine his competency pursuant to 18 U.S.C. § 4241(b). That evaluation was conducted by Chad Tillbrook, Ph.D, forensic psychologist, of the FMC. Dr. Tillbrook issued his findings on July 11, 2016, finding that defendant is competent to stand trial. Dr. Tillbrook's assessment is consistent with the findings of competency by the defendant's own expert, Dr. Lyle Danuloff, Ph.D. (DE 48, Ex. 2)

On August 2, 2016, this court held a competency hearing. At that hearing, the government and defendant agreed that defendant was competent based on Dr. Tillbrook's report. Counsel for both sides agreed that in- person testimony by Dr. Tillbrook was not necessary and that they would rely on his written report. This court

has carefully reviewed Dr. Tillbrook's eighteen-page report and adopts its findings and conclusions as those of this court. Accordingly, defendant is found competent to stand trial.

    IT IS SO ORDERED.

Dated: August 2, 2016

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 2, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---