UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KHALIL ABU-RAYYAN,

    Defendant.

_____/

Cr. No. 2:16-cr-20098

HONORABLE GEORGE CARAM STEEH

*UNDER SEAL*

PROTECTIVE ORDER PURSUANT TO CIPA SECTION FOUR
AND FED. R. CRIM P. 16(D)(1)

The United States of America filed an *in camera, ex parte* motion pursuant to the Classified Information Procedures Act ("CIPA"), Title 18, United States Code, App. 3 § 4, and Federal Rule of Criminal Procedure 16(d)(1), for a protective order precluding discovery of certain classified information. The government's motion was accompanied by exhibits and a declaration of a government official with original classification authority detailing the harm to nation security that could reasonably be expected to result from disclosure of the classified information at issue.

On ___9/8___, 2016, the Court reviewed *in camera* and *ex parte* the government's motion, exhibits and declaration.

For the reasons described in the government's motion and declaration, the Court **GRANTS** the government's motion for protective order and **ORDERS** that:

(1) None of the subject material is both relevant and helpful to the defense;

(2) The information the government identified in its motion is not otherwise discoverable pursuant to Fed. R. Crim. P. 16, *Brady* and it progeny, or any other theory of discovery;

(3) The Government is authorized to delete all the information identified in its motion from discovery; and

(4) The entire text of the *in camera, ex parte* motion, all accompanying exhibits, supporting declaration, and any hearings shall not be disclosed to the defense; rather, they will be sealed and preserved in the records of the Court to be made available to the appellate court in the event of an appeal.

**IT IS SO ORDERED.**

_____
George Caram Steeh
United States District Judge

Dated: 9/8/16